ACCEPTED
01-15-00429-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/28/2015 1:08:04 PM
CHRISTOPHER PRINE
CLERK

# No. 01-15-00429-CV

### In The Court Of Appeals For The First District Of Texas
### Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/28/2015 1:08:04 PM
CHRISTOPHER A. PRINE
Clerk

# Eileen K. Starbranch,

## Appellant

## v.

# Elizabeth Howard Crowell

## Appellee

### On Appeal From The 55th District Court Of
### Harris County, Texas, Cause No. 2013-14192

# UNOPPOSED MOTION FOR EXTENSION TO FILE APPELLEE ELIZABETH HOWARD CROWELL'S BRIEF

**John B. Shely**
**State Bar No. 18215300**
*jshely@andrewskurth.com*
**Courtney B. Glaser**
**State Bar No. 24059824**
*cglaser@andrewskurth.com*
**Andrews Kurth LLP**
**600 Travis, Suite 4200**
**Houston, Texas 77002**
**713.220.4200 Telephone**
**713.220.4285 Facsimile**

**ATTORNEYS FOR APPELLEE**
**ELIZABETH HOWARD CROWELL**

HOU:3595827.1

TO THE HONORABLE FIRST COURT OF APPEALS:

Pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure, Appellee Elizabeth Howard Crowell ("Appellee") files this Unopposed Motion requesting this Court to extend the time for filing Appellee's Brief, and in support would show the Court as follows:

### A. Current Deadline

The current deadline to file Appellee's Brief is October 12, 2015.

### B. Length of Extension Sought to File Appellee's Brief

Appellee seeks a 30-day extension from October 12, 2015 through and including November 11, 2015.

### C. Number of Previous Extensions Granted

None.

### D. Facts Explaining the Needed Extension

Appellee's counsel requests this extension of time in light of court deadlines and personal commitments during the time period prior to the October 12, 2015 filing deadline. Among the deadlines and commitments, and similar events that justify this motion, are:

- Appellee's lead trial and undersigned counsel have multiple dispositive motion briefs due October 2 in *Aetna Life Insurance Company v. Won Yi, M.D., et al.*; No. 4:14-cv-

2

00900 in the United States District Court for the Southern District of Texas, Houston Division.

- Appellee's lead trial counsel has docket call on October 5 and potentially trial during that or the following week(s) in *Kenneth R. Koenig, et al. v. Aetna Life Insurance Company*, No. 4:13-CV-359 in the United States District Court for the Southern District of Texas, Houston Division.

- Appellee's undersigned counsel has a previously-scheduled work commitment (involving travel) from October 8-11.

- Appellee's lead trial counsel and undersigned counsel have several tight discovery deadlines in other pending arbitrations.

The requested extension is not sought for purposes of delay but so that they may have adequate time to fully brief the issues in this appeal, and so that justice may be done.

## E.    The Motion is Unopposed

The undersigned conferred with Appellant's counsel via email on September 28, 2015, who indicated Appellant is unopposed to the extension requested.

## CONCLUSION AND PRAYER

WHEREFORE, Appellee Elizabeth Howard Crowell prays that this Unopposed Motion be granted and that the time for filing Appellee's Brief be extended to November 11, 2015.

HOU:3595827.1

Respectfully submitted,

BY: */s/Courtney B. Glaser*
 John B. Shely
 State Bar No. 18215300
 *jshely@andrewskurth.com*
 Courtney B. Glaser
 State Bar No. 24059824
 *cglaser@andrewskurth.com*
 Andrews Kurth LLP
 600 Travis, Suite 4200
 Houston, Texas 77002
 713.220.4200 Telephone
 713.220.4285 Facsimile

 ATTORNEYS FOR APPELLEE
 ELIZABETH HOWARD CROWELL

## CERTIFICATE OF CONFERENCE

I hereby certify that undersigned counsel for Appellee conferred with Appellant's counsel on September 28, 2015, and Appellant is unopposed to the relief herein requested.

*/s/Courtney B. Glaser*
Courtney B. Glaser

4

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via Electronic Service on September 28, 2015.

Nelson S. Ebaugh
*nebaugh@ebaughlaw.com*
2777 Allen Parkway, Suite 1000
Houston, Texas 77019
*Counsel for Appellant*

/s/Courtney B. Glaser
Courtney B. Glaser

HOU:3595827.1